Chicago Mortgage Corporation, appellee, v. Garabed T. Pushman, appellant. Gen. No. 37,139.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed April 2, 1934. Rehearing denied April 16, 1934.

Louis M. Gordon, for appellant; Samuel E. Davidson, of counsel. Slottow & Leviton, for appellee; Charles Leviton and David Paley, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.